Case No. 14-50910

In the
United States Court of Appeals
For the Fifth Circuit

JOSEPH ZENTE,
*Plaintiff—Appellant*,
v.
CREDIT MANAGEMENT, L.P.,
*Defendant—Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS AT AUSTIN
HONORABLE SAM SPARKS, PRESIDING
CAUSE NO. 14-50910

# RESPONSE TO JOSEPH ZENTE'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Robbie Malone
Eugene Xerxes Martin, IV
ROBBIE MALONE, PLLC
8750 North Central Expressway, Suite 1850
Dallas, Texas 75231
Telephone:  214-346-2630
Facsimile:   214-346-2631

Jim Moseley
GRAY, REED & MCGRAW, P.C.
1601 Elm St., Ste. 4600
Dallas, Texas 75201
Telephone:  469-320-6174
Facsimile:   214-953-1332 (fax)

*Counsel for Appellee Credit Management, L.P.*

Case No. 14-50910

In the
United States Court of Appeals
For the Fifth Circuit

JOSEPH ZENTE,

*Plaintiff—Appellant*,

v.

CREDIT MANAGEMENT, L.P.,

*Defendant—Appellee.*

## **CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. The representations are made in order that judges of this Court may evaluate possible disqualifications or recusal.

Appellant:                                  Joseph Zente

Counsel for Appellant:         Sergei Lemberg
                                                   Jenny DeFrancisco
                                                   Lemberg Law LLC
                                                   1100 Summer Street, 3rd Floor
                                                   Stamford, CT 06905

Appellee:                                    Credit Management, L.P.

Counsel for Appellee           Robbie Malone
                                                   Eugene Xerxes Martin, IV
                                                   Robbie Malone, PLLC
                                                   8750 North Central Expressway, Suite 1850
                                                   Dallas, Texas 75231

2

        Jim Moseley
        GRAY, REED & MCGRAW, P.C.
        1601 Elm St., Ste. 4600
        Dallas, Texas 75201

By:   /s/ Robbie Malone
        Robbie Malone

# RESPONSE TO JOSEPH ZENTE'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

TO THE HONORABLE COURT:

COMES NOW, Appellee Credit Management, LP ("CMLP"), through undersigned counsel, and respectfully files its Response to Joseph Zente's Motion for Leave to File Documents under Seal, and respectfully shows unto this Court as follows:

## I.
## SUMMARY OF RESPONSE

1.    Joseph Zente's ("Zente") Motion is to untimely supplement the Court's record with documents his counsel, Sergei Lemberg, had in his possession since August. Nearly four months later, Zente requests permission to supplement the record with these withheld documents. This failure to timely prepare and/or supplement the record on appeal has resulted in a significant waste of time and money by CMLP. CMLP does not oppose Zente's Motion so long as the record is fully supplemented, including the actual referral to the disciplinary committee omitted by Zente's Motion, and any other relevant documents unknown to CMLP and this Court. If this Court grants Zente's Motion, CMLP requests to reserve the right to amend its Brief in light of the new evidence and hopes for the opportunity to request reimbursement of litigation costs attributable to Zente's failure to include such relevant evidence in his possession prior to filing his Notice of Appeal.

## II.
## ARGUMENT AND AUTHORITIES

2.      When Zente filed his Notice of Appeal on August 25, 2014, Mr. Lemberg already had received the copy of the referral to the District Disciplinary Committee and submitted his response. ROA.298; Motion at Exhibit A. However, Zente failed to mention at any point in his Brief this key fact. Without Zente's disclosure of these facts known at the time of the appeal, CMLP spent numerous hours on its responsive Brief based on the record at the time. In fact, many arguments made by CMLP was based Judge Spark's Order referring Mr. Lemberg to the Western District Admissions Committee rather than Disciplinary Committee. CMLP's Brief would have undoubtedly steered a much different course if the record had been supplemented timely with the documents Zente's counsel now wishes to add after briefing has concluded. Zente's counsel failing to provide a complete map led CMLP and this Court down a toll road in the wrong direction.

3.      Zente filed his Notice of Appeal on August 25, 2014. ROA.298. Zente filed his Appellant's Brief on October 14, 2014 with this Court. On November 14, 2014, CMLP filed its Brief. On December 1, 2014, Zente filed his Reply Brief. On December 17, 2014 (two months after filing his brief) Zente filed his Motion for Leave to File Documents under Seal with an August 5, 2014 cover letter for Mr. Lemberg's "referral made to the District Disciplinary Committee of the United States

District Court for the Western District of Texas" and Mr. Lemberg's August 18, 2014 response to that referral. Perhaps Mr. Lemberg's memory is faulty where he states in his Motion for Leave to File Documents under Seal that his correspondence with the Disciplinary Committee took place after the record in the District Court case was closed. Motion at 2. The District Court did not even rule on Zente's Motion to Reconsider until August 21, 2014. ROA.297.

4. Even now Zente does not provide a complete record. Mr. Lemberg omits supplementing the record with the actual referral to the disciplinary committee which its contents is currently unknown to both CMLP and this Court. Neither this Court nor CMLP know what else has been withheld.

5. It is Zente's and his counsel, Mr. Lemberg's duty to prepare the record for this Court. FRAP 10. Federal Rule of Appellate Procedure 10(e) states "[i]f anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded: (A) on stipulation of the parties; (B) by the district court before or after the record has been forwarded; or (C) by the court of appeals." FRAP 10(e). It is blatantly obvious the letters Mr. Lemberg requests to supplement the record with are very much material to both parties. Mr. Lemberg had ample time to supplement the record before briefing closed. In fact, he probably should have requested it prior to briefing even began. The confidentiality provision of Western District of Texas Local Rule AT-7(h) was not a barrier to this as Mr. Lemberg could

have filed this same Motion at any time after the referral was received and replied to. Mr. Lemberg certainly cannot claim Rule AT-7(h) prevented him from disclosing at an earlier time because the confidentiality would apply now just as it did then. Here, at the eleventh hour, Mr. Lemberg seeks to make them a part of the record after briefing has closed only to CMLP's detriment.

6.   The timeline is very clear, Mr. Lemberg received a copy of the referral to the Disciplinary Committee on August 5, 2014, which he responded to a week later. Motion at Exhibit A. A week after his response, Mr. Lemberg filed his Notice of Appeal. ROA.298. December 1, 2014 was Mr. Lemberg's first mention of his receipt of the August 5, 2014 letter and referral. Reply Brief at 7-8. December 17, 2014 was the first time the letter was made available to anyone else's eyes. Again, if this letter had been available nearly four months ago when it was received by Mr. Lemberg, CMLP's time spent and course of briefing would have been on a much different and efficient path.

## CONCLUSION

7.   There is no excuse for not supplementing the record at the onset of this appeal. Zente and his counsel have displayed improper withholding of documents in their possession since before the Notice of Appeal was filed. Documents critical to his appeal and more so to CMLP's ability to properly respond. Zente and counsel are still withholding documents (referral received by Mr. Lemberg). As a result, CMLP requests this Court to give CMLP the right to amend its Brief due to supplementation

of the record and to provide it opportunity to request reimbursement of litigation costs due to Zente and his counsel's withholding of relevant documents and untimely request for supplementation.

Respectfully submitted,

**ROBBIE MALONE, PLLC**

/s/ Robbie Malone
ROBBIE MALONE
State Bar No. 12876450
8750 North Central Expressway
Suite 1850
Dallas, Texas 75231
Telephone:  214-346-2630
Facsimile:   214-346-2631

Jim Moseley
Gray, Reed & McGraw, P.C.
1601 Elm St., Ste. 4600
Dallas, Texas 75201
Telephone:  469-320-6174
Facsimile:   214-953-1332 (fax)

*Counsel for Appellee Credit Management, L.P.*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2014, I electronically filed the foregoing RESPONSE TO JOSEPH ZENTE'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.  Appellant was also served using **Certified Mail, Return Receipt Requested** to the following:

Sergei Lemberg
Lemberg& Associates, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250
(203) 653-3424 (fax)
slemberg@lemberglaw.com


                                      /s/ Robbie Malone
                                      Robbie Malone

# CERTIFICATE REGARDING PRIVACY REDACTIONS AND VIRUS SCANNING

I certify (1) that all required privacy redactions have been made in this brief, in compliance with 5th Cir. Rule 25.2.13; (2) that the electronic submission is an exact copy of the paper document, in compliance with the 5th Cir. Rule 25.2.1; and (3) that the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

Date: December 30, 2014

                                            /s/Robbie Malone
                                            Robbie Malone

# **CERTIFICATE OF COMPLIANCE**

Pursuant to 5th Cir. R. 27.4, the undersigned certifies this Brief complies with the type-volume limitations of Fed. R. App. P. 32(a)(7)(B) because:

1. This brief contains 1019 words.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and they type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Office Word 365 software in Garamond, 14-pt. font for text and Garamond 12-pt. font or larger for footnotes.

3. The undersigned counsel understands that a material misrepresentation in completing this certificate or circumvention of the type-volume limits Fed. R. App. P. 32(a)(7) may result in the Court's striking the Brief and imposing sanctions against the person signing the Brief.

/s/Robbie Malone
Robbie Malone